72,126-02

Honorable Louise Pearson, Clerk    Feb.5,2015
Court of Criminal Appeals
Box 12308 Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 10 2015

Abel Acosta, Clerk

I am writing In Respectful Request
Assistance with my Legal Situation.

IN RE: Cause No. 07-03-03214-CR (2)
Has the Court of Criminal Appeals received
any correspondence filed?

From Thurgood Marshall School of Law
Innocence Project.
A. To File a Direct Appeal; Since Court Appointed
Mr. Kyle Allen As Appeal Attorney who Abandoned
my case.
B. EX Post Facto Violation on use prior DWI's over
ten year's, for enhancement purpose's.
C. Ineffective Trial Counsel (No breath Test - No Blood Draw)
D. Ineffective Appeal Attorney

THURGOOD MARSHALL SCHOOL
OF LAW
C/O GLEN AUSTIN OR CARRIE
INNOCENCE PROJECT
3100 CLEBURNE ST.
HOUSTON, TX 77004

RE: JAMES RAY RUSSELL, T.D.C.J # 1479010
WYNNE UNIT
810 FM 2821
HUNTSVILLE, TX 77349
COURT: 284th DISTRICT COURT, MONTGOMERY COUNTY, TEXAS
CAUSE # 07-03-03214-CR-2

DEAR COUNCEL,

I AM WRITING IN RESPECTFUL REQUEST FOR
ASSISTANCE WITH MY LEGAL SITUATION. I WAS
CONVICTED OF DWI-3RD OR MORE ON NOV. 29, 2007.
I WAS SENTENCED TO 30 YEARS, T.D.C.J., PURSUANT
TO PLEA AGREEMENT. I WAS ASSIGNED AN
APPEAL ATTORNEY ON NOV 29, 2007. APPEAL ATTORNEY
OF RECORD IS KYLE ALLEN. MR ALLEN ABANDONED
MY CASE. I MADE DILIGENT EFFORTS TO CONTACT
MY ALLEN, BUT TO NO AVAIL.

SINCE SUCH TIME I HAVE MADE AN ATTEMPT
TO ATTACK AN EX POST FACTO VIOLATION ON USE
OF PRIOR CONVICTIONS FOR ENHANCMENT PURPOSES,
ABANDONMENT OF ATTORNEY, INEFFECTIVE COUNCIL,

THROUGH ART. 11.07 §3., MY FIRST APPLICATION WAS SUBMITTED TO THE 284th DISTRICT COURT, MONTGOMERY COUNTY, TEXAS, ON 12-30-08. FIRST APPLICATION RETURN DUE TO NEW FORM; (NOW COMPLIANT). ON OR ABOUT 6-13-12 I FILED A 2nd APPLICATION FOR ART 11.07§3. IT WAS FORWARDED TO THE COURT OF CRIMINAL APPEALS OF TEXAS.

I HAVE HEARD NOR RECEIVED ANY TYPE OF NOTICE FROM THE COURT OF APPEALS. THE TRIAL COURT FORWARDED APPLICATION ON 8-8-12.
(SEE ATTACHMENT A)
MY CASE HAS BEEN UNACTIVE SINCE 8-8-12.

I RESPECTFULLY REQUEST YOUR ASSISTANCE, DUE TO THE FACTS, THAT I AM INDIGENT, AND DO NOT POSSESS THE KNOWLEGE TO LITIGATE THIS LEGAL MATTER AS A PRO-SE LITIGANT.

THANK YOU FOR YOUR TIME AND CONSIDERATION.

RESPECTFULLY SUBMITTED,

JAMES RAY RUSSELL #1479010
WYNNE UNIT.
810 FM 2821
HUNTSVILLE, TX 77349

**ATTACHMENT : A**

Barbara Gladden Adamick
District Clerk of Montgomery County, Texas
Post Judgment Division
P. O. Box 2985
Conroe, Tx 77305

713-354-5511 Houston                                         936-539-7855 Conroe

August 8th, 2012

JAMES RAY RUSSELL
PRO SE APPLICANT

Re:  07-03-03214-CR-(2)       Ex Parte: JAMES RAY RUSSELL

Dear Sir,

Please be advised that all papers in the Clerk's First Supplemental Record have
been forwarded to the Court of Criminal Appeals this date.

Enclosed please find a copy of the Clerk's letter transmitting the Record attached
hereto, along with a copy of the Index for same.

You will be advised by the Court of Criminal Appeals when a ruling is made on this
matter.

Thank you,

_Sel F_
Deputy

cc. File

# EARL CARL INSTITUTE FOR LEGAL AND SOCIAL POLICY, INC.

## TEXAS SOUTHERN UNIVERSITY
### T.S.U. Box #1156
### THURGOOD MARSHALL SCHOOL OF LAW
3100 Cleburne Street - Houston, Texas 77004
Phone: (713) 313-1139 - Fax: (713) 313-1153

August 6, 2014

Director
Sarah R. Guidry, Executive
   Director
Marcia Johnson, Executive
   Director Emeritus

Officers
James Douglas, President
McKen Carrington, Vice President
Claude Superville, Secretary
Thomas Kleven, Treasurer

Board of Directors
James Beard
Marguerite Butler
McKen Carrington
Okezie Chukwumerije
Fernando Colon-Navarro
Jay Cummings
James Douglas
Connie Fain
Robert L. Ford
Theo Herrington
Danaye Holley [Ad Hoc]
Anna T. James
Thomas Kleven
Ana Otero
Carlton Perkins
Docia Rudley
Claude Superville

Board of Law Advisors
Donald Dewberry
Benjamin Hall
Kimberly James
Jeffery Londa
Jalene Mack
Robert Miller
Jo Nelson
Sandra Peake
Kim Phillips
Frumencio Reyes
Craig Washington
Jack Zimmermann

Advisory Board
Sylvia Brooks
Zinetta Burney
Ben Echols, M.D.
Bonnie Fitch
Congressman Al Green
Howard Jefferson
Rev. W. Lawson
Ronald Reynolds
Carroll Robinson

James Russell #1479010
John M. Wynne Unit
810 FM 2821
Huntsville, TX 77349

Re: Status Update

Dear Mr. Russell,

This letter is to acknowledge receipt of your recent correspondence with our office requesting a status update on your case.

We are still in the process of reviewing your case. We will notify you after we thoroughly review your case file. In the meantime, if you have any questions or concerns please contact our office at the address above.

Thank you for your patience in this matter.

Sincerely,

Thurgood Marshall School of Law
Innocence Project

*"Creating a New Vision for Legal and Social Justice"*

# MONTGOMERY COUNTY

## OFFICE OF

# DISTRICT CLERK

*Barbara Gladden Adamick*
*District Clerk*

P.O. BOX 2985 - CONROE, TEXAS 77305

(409)539-7855

DATE: 27TH DAY OF JULY, 2012

Honorable Louise Pearson, Clerk
Court of Criminal Appeals
Box 12308 - Capitol Station
Austin, Texas    78711

IN RE:    CAUSE NO. 07-03-03214-CR (2)

EX PARTE: JAMES RAY RUSSELL
(POST-CONVICTION WRIT OF HABEAS CORPUS)

Dear Ms. Pearson:

Enclosed please find the Clerk's Record prepared in the above Writ of
Habeas Corpus.

Thank you for your attention to this matter.

Sincerely,

BARBARA GLADDEN ADAMICK
DISTRICT CLERK

_____
Deputy

cc: BILL DELMORE                          Attorney for State
cc: JAMES RAY RUSSELL (PRO SE)       Attorney for Petitioner
                                              (Enclosure)